# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

SHAREE HALL,                )
                            )
    Petitioner,         )
                            )
v.                          )   Case No. CIV-16-1346-D
                            )
BUREAU OF PRISONS,          )
                            )
    Respondent.         )

## ORDER OF TRANSFER

Plaintiff, a federal prisoner appearing pro se, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 in which she challenged a disciplinary hearing that resulted in several penalties being imposed against her. The matter was referred to Magistrate Judge Gary Purcell for initial proceedings consistent with 28 U.S.C. § 636(b)(1)(B).

On November 28, 2016, Judge Purcell filed his Report and Recommendation (R&R) [Doc. No. 10] in which he recommended that Plaintiff's action be transferred to the United States District Court for the Eastern District of Pennsylvania, her district of confinement. *See Rumsfeld v. Padilla*, 542 U.S. 426, 447 (2004) ("[A] § 2241 habeas petitioner ... should name [her] warden as respondent and file the petition in the district of confinement."); *Haugh v. Booker*, 210 F.3d 1147, 1149 (10th Cir. 2000) ("A petition under 28 U.S.C. § 2241 attacks

the execution of a sentence rather than its validity and must be filed in the district where the prisoner is confined.").

In his Report and Recommendation, Judge Purcell advised Petitioner of her right to file objections to the same and directed any objections to be filed no later than December 19, 2016. Judge Purcell further admonished Petitioner that failure to timely object would constitute a waiver of the right to appellate review of the factual and legal issues addressed in the Report and Recommendation. The deadline for filing objections has expired and to date, Petitioner has neither filed an objection nor sought an extension of time in which to do so. Accordingly, the Report and Recommendation [Doc. No. 10] is **ADOPTED** as though fully set forth herein.

**IT IS THEREFORE ORDERED** that Petitioner's action is **TRANSFERRED** to the United States District Court for the Eastern District of Pennsylvania.[1] The Court Clerk is hereby directed to transfer this matter forthwith.

**IT IS SO ORDERED** this **29th** day of December, 2016.

*(signature)*
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE

---

[1] A related action filed by Plaintiff, *Hall v. Warden, et al.*, No. CIV-16-1336-D, has also been transferred for the same reasons set forth herein.